JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DSV AIR & SEA CO. LTD., VALLEY TRANSPORTATION INC., and DOES 1-10, Inclusive<br><br>　　　　Defendants. | CASE NO. 2:12-CV-6883-SVW-AGR<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

　　　The Court having been advised by the parties that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated.

　　　This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 26, 2012

_____
THE HON. STEPHEN V. WILSON
United States District Judge